# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00592-CV

### In re Mark E. Lee

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Mark E. Lee filed a petition for writs of mandamus and prohibition directed to his former trial counsel.[1]  However, we may issue such writs only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here.  *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b); *see also In re Conway*, No. 01-14-00612-CR, 2014 Tex. App. LEXIS 10333, at *1 (Tex. App.—Houston [1st Dist.] Sept. 16, 2014, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction mandamus petition seeking to compel relator's former trial counsel to provide case file).  The petition for writs of mandamus and prohibition is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed:   September 25, 2014

_____

[1]  Lee also filed a motion for leave to file this petition, which we dismiss as moot.